No. 619 (October Term, 1933). RADIO CORPORATION OF AMERICA ET AL. *v.* RADIO ENGINEERING LABORATORIES, INC. See *ante,* p. 522; also, p. 1.

No. 709 (October Term, 1933). EASTMAN KODAK Co. ET AL. *v.* GRAY. October 8, 1934. Petition for rehearing denied. See 292 U. S. 332.

No. 787 (October Term, 1933). ILLINOIS COMMERCE COMMISSION ET AL. *v.* UNITED STATES ET AL. October 8, 1934. Petition for rehearing denied. See 292 U. S. 474.

No. 995 (October Term, 1933). SIMPSON ET AL. *v.* STERN ET AL. October 8, 1934. Petition for rehearing denied. See 292 U. S. 649.

No. 1016 (October Term, 1933). GLASER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for rehearing denied. See 292 U. S. 654.